# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 3, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137111(156)

ANTHONY PELLEGRINO, Individually and as
Personal Representative of the Estate of
SHIRLEY ANN PELLEGRINO,
      Plaintiffs-Appellees,

v

AMPCO SYSTEMS PARKING,
      Defendant-Appellant.

_____

      SC: 137111
      COA: 274743
      Wayne CC: 03-325462-NI

      On order of the Chief Justice, the motion by defendant-appellant for extension to November 5, 2009 for filing its reply brief is considered and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 3, 2009 _____

_____
Clerk